UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Aerodynamics Incorporated, a Michigan corporation; ADI Holdings Company Inc., a Georgia corporation,<br><br>Plaintiff<br><br>v.<br><br>Caesars Entertainment Operating Company, Inc., a Delaware corporation; Steven Markhoff, an individual; International Management Solutions LLC, a Delaware corporation; VIA Airlines, Inc., a Colorado corporation; VIA AIR, LLC, a Delaware corporation; and AMOS VIZER, an individual,<br><br>Defendants. | 2:15-cv-01344-JAD-PAL<br><br>**Order Setting Expedited Briefing Schedule on Plaintiffs' Motion for Temporary Restraining Order**<br>**[Doc. 23]** |

Plaintiffs—ADI Holdings and its wholly-owned subsidiary, Aerodynamics, Inc., (Holdings)—filed suit against defendants—Caesars Entertainment; Caesar's VP Steven Markhoff; International Management Solutions; and Via Airlines, Via Air, LLC, and Via Air chairman Amoz Vizer (Vizer Entities)—alleging misappropriation of trade secrets, breach of contract, and breach of the implied covenant of good faith and fair dealing.[1]

Holdings now moves for a temporary restraining order with "expedited review" to (1) enjoin defendants from "using, disclosing, or misappropriating" its trade secrets, and (2) to enjoin defendants, "particularly [Vizer Entities]," and anyone acting in concert with them from "making any submission to the FAA in connection with any Part 121 certification application which uses, contains, discloses, or is based in any manner on [Holdings'] trade secret FAA-approved Part 121 materials."[2]

The court finds good cause to expedite the briefing schedule to permit the court to determine whether a temporary restraining order is appropriate. Accordingly, IT IS HEREBY ORDERED that:

---

[1] Doc. 1.

[2] Doc. 23 Ex. 1 p. 1.

- Defendants must file any opposition to the motion for temporary restraining order by 5 p.m. on Wednesday August 26, 2015;
- Holdings will have until 5 p.m. on Wednesday September 2, 2015, to file any reply in support of the motion for temporary restraining order.

Dated this 18th day of August, 2015.

_____
Jennifer A. Dorsey
United States District Judge