1  James J. Pisanelli, Esq., Bar No. 4027
   JJP@pisanellibice.com
2  Debra L. Spinelli, Esq., Bar No. 9695
   DLS@pisanellibice.com
3  M. Magali Calderon, Esq., Bar No. 11742
   MMC@pisanellibice.com
4  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
5  Las Vegas, Nevada 89101
   Telephone:   702.214.2100
6  Facsimile:    702.214.2101

7  *Attorneys for Defendants Caesars Entertainment
   Operating Company, Inc., Steven Markhoff,*
8  *International Management Solutions, LLC, Via Airlines, Inc.,
   Via Air, LLC, and Amos Vizer*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AERODYNAMICS INCORPORATED, a Michigan corporation; ADI HOLDINGS COMPANY, INC., a Georgia corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CAESARS ENTERTAINMENT OPERATING COMPANY, INC., STEVEN MARKHOFF, an individual; INTERNATIONAL MANAGEMENT SOLUTIONS LLC, a Delaware corporation; VIA AIRLINES, INC., a Colorado corporation; VIA AIR, LLC, a Delaware corporation; and AMOS VIZER, an individual,<br><br>Defendants. | CASE NO.: 2:15-cv-1344<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT**<br><br>**(Second Request)** |

Defendants Caesars Entertainment Operating Company, Inc. ("Caesars"), Steven Markhoff, ("Markhoff"), International Management Solutions, LLC ("International Management Solutions "), Via Airlines, Inc. ("Via Airlines"), Via Air, LLC ("Via Air"), and Amos Vizer ("Vizer") (collectively "Defendants"), by and through their undersigned counsel, and Plaintiffs Aerodynamics Incorporated and ADI Holdings Company, Inc. (collectively "Plaintiffs") by and through their undersigned counsel, hereby state as follows:

1

1. Plaintiffs filed the Complaint in the instant action on or about July 16, 2015;

2. Plaintiffs served the Complaint upon Via Airlines and Via Air on or about July 17, 2015;

3. Plaintiffs served the Complaint upon Vizer on or about July 18, 2015;

4. Pursuant to the Parties stipulation and this Court's order, Defendants' deadline to answer or otherwise respond to the Complaint is August 21, 2015;

5. Counsel for Defendants requested additional time to confer with their separate clients to confirm the various and different facts and issues raised in the Complaint before filing a response. Accordingly, the Parties have agreed to extend the time for Defendants to answer or otherwise respond to the Complaint.

In light of the foregoing, the Parties STIPULATE AND AGREE, subject to this Court's approval, as follows:

1. That the time for Defendants to answer or otherwise respond to the Complaint in this action shall be extended;

2. Defendants shall answer or otherwise respond to the Complaint in this action by or before August 26, 2015 at 5:00 p.m.

DATED this 21st day of August, 2015                    DATED this 21st day of August, 2015

PISANELLI BICE PLLC                                    FENNEMORE CRAIG, P.C.

By:   /s/ Debra L. Spinelli                            By:   /s/ Joseph M. Wahl
      James J. Pisanelli, Esq., Bar # 4027                   Christopher H. Byrd, Esq., Bar # 1633
      Debra L. Spinelli, Esq., Bar # 9695                    Anthony W. Austin, Esq., Bar # 10850
      M. Magali Calderon, Esq., Bar # 11742                  300 S. Fourth Street, Suite 1400
      400 South 7th Street, Suite 300                        Las Vegas, Nevada 89101
      Las Vegas, Nevada 89101
                                                             HOBART LINZER LLP
*Attorneys for Defendants Caesars                            C. Dana Hobart, Esq. (CA Bar # 125139)
Entertainment Operating Company, Inc.,                       Joseph M. Wahl, Esq. (CA Bar # 281920)
Steven Markhoff, International Management                    777 S. Figueroa St., Ste. 4000
Solutions, LLC, Via Airlines, Inc.,                          Los Angeles, CA 90017
Via Air, LLC, and Amos Vizer*

                                                       *Attorneys for Aerodynamics Incorporated and
                                                       ADI Holdings Company, Inc.*

2

**ORDER**

IT IS SO ORDERED that Defendants shall answer or otherwise respond to the Complaint in this action on or before August 26, 2015 at 5:00 p.m.

DATED: August 26, 2015

CASE NO. 2:15-cv-01344-JAD-PAL

3