HOBART LINZER LLP
C. Dana Hobart, Esq. (CA Bar No. 125139) *(Admitted Pro Hac Vice)*
Joseph M. Wahl, Esq. (CA Bar No. 281920) *(Admitted Pro Hac Vice)*
777 S. Figueroa St., Ste. 4000
Los Angeles, CA 90017
Telephone:  (213) 225-8900
Facsimile: (213) 225-8929
Email:  dhobart@hobartlinzer.com
          jwahl@hobartlinzer.com

FENNEMORE CRAIG, P.C.
Christopher H. Byrd, Esq. (NV Bar No. 1633)
Anthony W. Austin, Esq. (NV Bar No. 10850)
300 S. Fourth Street, Ste. 1400
Las Vegas, NV 89101
Telephone:  (602) 916-5343
Facsimile:  (602) 916-5543
Email: cbyrd@fclaw.com
         aaustin@fclaw.com

*Attorneys for Aerodynamics Incorporated
and ADI Holdings Company, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AERODYNAMICS INCORPORATED, a Michigan corporation; ADI HOLDINGS COMPANY INC., a Georgia corporation, | Case No. 2:15-cv-1344-JAD-PAL |
| Plaintiffs, | **STIPULATION AND ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., a Delaware corporation; STEVEN MARKHOFF, an individual; INTERNATIONAL MANAGEMENT SOLUTIONS LLC, a Delaware corporation; VIA AIRLINES, INC., a Colorado corporation; VIA AIR, LLC, a Delaware corporation; and AMOS VIZER, an individual, | |
| Defendants. | |

Plaintiffs Aerodynamics Incorporated and ADI Holdings Company, Inc. (collectively "Plaintiffs"), by and through their undersigned counsel, and Defendants Caesars Entertainment Operating Company, Inc., Steven Markhoff, International Management Solutions, LLC, Via Airlines, Inc., Via Air, LLC, and Amos Vizer (collectively "Defendants"), by and through their undersigned counsel,  hereby state as follows:

WHEREAS, on August 17, 2015, Plaintiffs filed their Motion for Temporary Restraining Order and for a Preliminary Injunction;

WHEREAS, on September 24, 2015, the Court granted a limited Temporary Restraining Order and set Plaintiffs' Motion for Preliminary Injunction (the "Motion") for hearing on October 23, 2015, at 1:30 p.m.;

WHEREAS, the parties have fully briefed the Motion;

WHEREAS, the parties have agreed to work in good faith to attempt to resolve the Motion which could render further proceedings on Plaintiffs' Motion unnecessary;

WHEREAS, Plaintiffs and Defendants are currently in the process of negotiating the potential resolution but, due to the shortness of time before the presently scheduled hearing, anticipate that an agreement may not be reached by October 23, 2015 (the date presently set for the hearing); and

WHEREAS, in the interests of judicial efficiency and economy, and to avoid potentially unnecessary proceedings, Plaintiffs and Defendants agree that it would be appropriate to continue the hearing on Plaintiffs' Motion to give the parties time to negotiate and finalize an agreement.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the parties, that:

1. The hearing on Plaintiffs' Motion for Preliminary Injunction presently scheduled for October 23, 2015, shall, subject to the approval of the Court, be rescheduled for November 9, 2015 at 11:00 a.m., or as soon thereafter as the Court's schedule permits; and

- 1 -

2.   The parties will continue to negotiate an agreement and will notify the Court whether such an agreement has been reached on or before 4:00 p.m. on November 6, 2015.

DATED:  October 22, 2015

DATED:  October 22, 2015

 /s/ M. Magali Calderon

James J. Pisanelli, Esq. (NV Bar No. 4027)
Debra L. Spinelli, Esq. (NV Bar No. 9695)
M. Magali Calderon, Esq. (NV Bar No. 11742)
PISANELLI BICE PLLC
400 South Seventh Street, Suite 300
Las Vegas, NV 89101
Telephone: (702)-214-2100
Facsimile: (702) 214-2101

*Attorneys for Caesars Entertainment Operating Company, Inc., Steven Markhoff, International Management Solutions, LLC, Via Airlines, Inc., Via Air, LLC, and Amos Vizer*

105579

 /s/ Joseph M. Wahl

C. Dana Hobart, Esq. (CA Bar No. 125139)
   (Admitted Pro Hac Vice)
Joseph M. Wahl, Esq. (CA Bar No. 281920)
   (Admitted Pro Hac Vice)
HOBART LINZER LLP
777 S. Figueroa St., Ste. 4000
Los Angeles, CA 90017
Telephone:  (213) 225-8900
Facsimile: (213) 225-8929
Email:  jwahl@hobartlinzer.com

Anthony W. Austin (NV Bar No. 10850)
Fennemore Craig, P.C.
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016-3429
Telephone:  (602) 916-5343
Facsimile:  (602) 916-5543
Email:  aaustin@fclaw.com

*Attorneys for Aerodynamics Incorporated and ADI Holdings Company, Inc.*

**ORDER GRANTING STIPULATION TO CONTINUE HEARING [ECF 63]**

Based on the foregoing stipulation, the hearing on Plaintiffs' Motion for Preliminary Injunction scheduled in this action for October 23, 2015, is hereby rescheduled for **November 9, 2015 at 9:00 a.m.**

The parties shall notify the Court whether they have reached an agreement on or before 4:00 p.m. on November 6, 2015.

The Temporary Restraining Order, filed on September 24, 2015, shall remain in full force and effect until further order of the Court.

Dated this 22nd day of October, 2015.

_____
Jennifer A. Dorsey
United States District Judge