HOBART LINZER LLP
C. Dana Hobart, Esq. (CA Bar No. 125139) *(Admitted Pro Hac Vice)*
Joseph M. Wahl, Esq. (CA Bar No. 281920) *(Admitted Pro Hac Vice)*
777 S. Figueroa St., Ste. 4000
Los Angeles, CA 90017
Telephone: (213) 225-8900
Facsimile: (213) 225-8929
Email: dhobart@hobartlinzer.com
       jwahl@hobartlinzer.com

FENNEMORE CRAIG, P.C.
Christopher H. Byrd, Esq. (NV Bar No. 1633)
Anthony W. Austin, Esq. (NV Bar No. 10850)
300 S. Fourth Street, Ste. 1400
Las Vegas, NV 89101
Telephone: (602) 916-5343
Facsimile: (602) 916-5543
Email: cbyrd@fclaw.com
       aaustin@fclaw.com

*Attorneys for Aerodynamics Incorporated*
*and ADI Holdings Company, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AERODYNAMICS INCORPORATED, a Michigan corporation; ADI HOLDINGS COMPANY INC., a Georgia corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT OPERATING COMPANY, INC., a Delaware corporation; STEVEN MARKHOFF, an individual; INTERNATIONAL MANAGEMENT SOLUTIONS LLC, a Delaware corporation; VIA AIRLINES, INC., a Colorado corporation; VIA AIR, LLC, a Delaware corporation; and AMOS VIZER, an individual,<br><br>Defendants. | Case No. 2:15-cv-1344-JAD-PAL<br><br><br>**STIPULATION AND ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiffs Aerodynamics Incorporated and ADI Holdings Company, Inc. (collectively "Plaintiffs") by and through their undersigned counsel, and Defendants Caesars Entertainment Operating Company, Inc., Steven Markhoff, International Management Solutions, LLC, Via Airlines, Inc., Via Air, LLC, and Amos Vizer (collectively "Defendants"), by and through their undersigned counsel, hereby state as follows:

WHEREAS, on August 17, 2015, Plaintiffs filed their Motion for Temporary Restraining Order and for a Preliminary Injunction;

WHEREAS, on September 24, 2015, the Court granted a limited Temporary Restraining Order and set Plaintiffs' Motion for Preliminary Injunction ("Motion") for hearing on October 23, 2015, at 1:30 p.m.;

WHEREAS, the parties have fully briefed the Motion;

WHEREAS, the parties have agreed to work in good faith to attempt to resolve the Motion which could render further proceedings on Plaintiffs' Motion unnecessary;

WHEREAS, on October 22, 2015, the Court entered an Order granting the parties' stipulation to continue the hearing on Plaintiff's motion to November 9, 2015 (Dkt. # 67);

WHEREAS, Plaintiffs and Defendants are currently in the process of negotiating an agreement but have not had sufficient time to complete their negotiations; and

WHEREAS, in the interests of judicial efficiency and economy, and to avoid potentially unnecessary proceedings, Plaintiffs and Defendants agree that it would be appropriate to continue the hearing on Plaintiffs' Motion to give the parties additional time to negotiate and finalize an agreement;

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the parties, that:

1. The hearing on Plaintiffs' Motion for Preliminary Injunction presently scheduled for November 9, 2015, shall, subject to the approval of the Court, be rescheduled for November 16, 2015 at 10:00 a.m.; and

2. The parties will continue to negotiate an agreement and will notify the Court whether such an agreement has been reached on or before 4:00 p.m. on November 13, 2015.

1

2    DATED:  November 6, 2015                DATED:  November 6, 2015

3

4      /s/  M. Magali Calderon                    /s/  Joseph M. Wahl
     James J. Pisanelli (NV Bar No. 4027)     C. Dana Hobart (CA Bar No. 125139)
5    Debra L. Spinelli, Esq. (NV Bar No. 9695)    (Admitted Pro Hac Vice)
     M. Magali Calderon, Esq. (NV Bar No.     Joseph M. Wahl (CA Bar No. 281920)
6    11742)                                       (Admitted Pro Hac Vice)
     PISANELLI BICE PLLC                      HOBART LINZER LLP
7    400 South Seventh Street, Suite 300      777 S. Figueroa St., Ste. 4000
     Las Vegas, NV 89101                      Los Angeles, CA 90017
8    Telephone: (702-214-2100)                Telephone:  (213) 225-8900
     Facsimile: (702) 214-2101                Facsimile: (213) 225-8929
9                                             Email:  dhobart@hobartlinzer.com

10   *Attorneys for Caesars Entertainment*
     *Operating Company, Inc., Steven Markhoff,*   Anthony W. Austin (NV Bar No. 10850)
11   *International Management Solutions, LLC,*     Fennemore Craig, P.C.
     *Via Airlines, Inc., Via Air, LLC, and Amos*  2394 East Camelback Road, Suite 600
12   *Vizer*                                       Phoenix, Arizona 85016-3429
                                              Telephone:  (602) 916-5343
13                                            Facsimile:  (602) 916-5543
                                              Email:  aaustin@fclaw.com
14

15                                            *Attorneys for Aerodynamics Incorporated*
                                              *and ADI Holdings Company, Inc.*
16

17

18

19

20

21

22

23

24

25

26

27

28

Hobart Linzer LLP
12100 Wilshire Boulevard, Suite 1275
Los Angeles, California 90025

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

With the foregoing stipulation and good cause appearing, the hearing on Plaintiffs' Motion for Preliminary Injunction scheduled in this action for November 9, 2015, is hereby rescheduled for November 16, 2015 at 10:00 a.m.

The parties must notify the Court whether they have reached an agreement on or before 4:00 p.m. on November 13, 2015.

The Temporary Restraining Order, filed on September 24, 2015, will remain in full force and effect until further order of the Court.

DATED:  November 6, 2015

_____

Jennifer Dorsey
United States District Judge

- 1 -