UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AERODYNAMICS INCORPORATED, et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br>v.<br><br>CAESARS ENTERTAINMENT<br>OPERATING COMPANY, INC., et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:15-cv-01344-JAD-PAL<br><br>ORDER<br><br>(Subst Atty – 99) |

This matter is before the court on the Substitution of Attorneys (Dkt. #99) filed March 21, 2016.  Frank M. Flansburg III, of Schwartz Flansburg PLLC seeks leave to be substituted in the place and stead of Debra Spinelli, James Pisanelli and Maria Caldeon of Pisanelli Bice PLLC for Defendants Amos Vizer, Via Airlines, Inc., and Via Air, LLC.  LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order."  LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that:

1. The Substitution of Attorneys (Dkt. #99) is **APPROVED**.
2. Frank M. Flansburg III, of Schwartz Flansburg PLLC is substituted in the place of Debra Spinelli, James Pisanelli and Maria Caldeon of Pisanelli Bice PLLC for Defendants Amos Vizer, Via Airlines, Inc., and Vir Air, LLC, subject to the provisions of LR IA 10-6(c) and (d).

/ / /

3. The Motion to Withdraw as Counsel ((Dkt. #94) is **DENIED as moot.**

DATED this 25th day of March, 2016.

                                                     PEGGY A. LEEN
                                                   UNITED STATES MAGISTRATE JUDGE