UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AERODYNAMICS INCORPORATED, et al., | Case No. 2:15-cv-01344-JAD-PAL |
| Plaintiffs, | ORDER |
| v. | (Mots Seal – ECF Nos. 170, 173, 184, 193) |
| CAESARS ENTERTAINMENT OPERATING COMPANY, INC., et al., | |
| Defendant. | |

The undersigned conducted a hearing on March 7, 2017, on various motions. In relation to the motions that were heard, Plaintiffs filed a Motion to Redact Caesars Entertainment Operating Company, Inc.'s Motion to Compel Document Production and Testimony and Seal Exhibits 2-10 Attached Thereto (ECF No. 170), Defendants filed a Motion to Redact Steven Markhoff's and International Management Solutions, LLC's Motion to Compel Production of Documents and Continue Deposition and Seal Exhibits 3-6 Attached Thereto (ECF No. 173), Plaintiffs filed a Motion to Seal Exhibits 2 and 3 to the Declaration in Support of Plaintiffs' Opposition to Caesars Entertainment Operating Company, Inc.'s Motion to Compel Document Production and Testimony (ECF No. 184), and Defendants filed a Motion to Redact Steven Markhoff's and International Management Solutions, LLC's Reply to Motion to Compel Production of Documents and Continue Deposition and Exhibit Attached Thereto (ECF No. 193). The court has reviewed the motions, Memorandums Supporting Motions (ECF Nos. 186, 189, 190), and Reply (ECF Nos. 196).

Having reviewed and considered the matters, the court is satisfied there is good cause for sealing the documents at issue in connection with the non-dispositive motions addressed at the hearing.

**IT IS ORDERED** that:

1. Plaintiffs' Motion to Redact Caesars Entertainment Operating Company, Inc.'s Motion to Compel Document Production and Testimony and Seal Exhibits 2-10 Attached Thereto (ECF No. 170) is GRANTED.

2. Defendants' Motion to Redact Steven Markhoff's and International Management Solutions, LLC's Motion to Compel Production of Documents and Continue Deposition and Seal Exhibits 3-6 Attached Thereto (ECF No. 173) is GRANTED

3. Plaintiffs' Motion to Seal Exhibits 2 and 3 to the Declaration in Support of Plaintiffs' Opposition to Caesars Entertainment Operating Company, Inc.'s Motion to Compel Document Production and Testimony (ECF No. 184) is GRANTED.

4. Defendants' Motion to Redact Steven Markhoff's and International Management Solutions, LLC's Reply to Motion to Compel Production of Documents and Continue Deposition and Exhibit Attached Thereto (ECF No. 193) is GRANTED.

DATED this 16th day of March, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE