BUCHALTER
A Professional Corporation
C. DANA HOBART, ESQ. (CA SBN: 125139) (*Admitted Pro Hac Vice*)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
Telephone: 213.891.0700
Fax: 213.896.0400
Email: dhobart@buchalter.com

HEJMANOWSKI & McCREA
PAUL HEJMANOWSKI, ESQ. (NV SBN: 94)
CHARLES MCCREA, ESQ. (NV SBN: 104)
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: 702.834.8777
Fax: 702.834.5262
Email: prh@hmlawlv.com
chm@hmlawlv.com

Attorneys for Plaintiffs,
Aerodynamics Incorporated and
ADI Holdings Company, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AERODYNAMICS INCORPORATED, a Michigan corporation; ADI HOLDINGS COMPANY INC., a Georgia corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CAESARS ENTERTAINMENT OPERATING COMPANY, INC., a Delaware corporation; STEVEN MARKHOFF, an individual; INTERNATIONAL MANAGEMENT SOLUTIONS LLC, a Delaware corporation; VIA AIRLINES, INC., a Colorado corporation; VIA AIR, LLC, a Delaware corporation; and AMOS VIZER, an individual,<br><br>Defendants. | Case No. 2:15-cv-1344-JAD-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PARTIES TO SUBMIT JOINT PRETRIAL ORDER** |

Plaintiffs Aerodynamics Incorporated and ADI Holdings Company, Inc. (collectively "Plaintiffs"), by and through their undersigned counsel, and Defendants Caesars Entertainment Operating Company, Inc., Steven Markhoff, International Management Solutions, LLC, Via Airlines, Inc., Via Air, LLC, and Amos Vizer (collectively "Defendants"), by and through their respective undersigned counsel, hereby state as follows:

WHEREAS, on November 7, 2019, the Court issued its *Sealed Order Granting in Part Motions for Summary Judgment* (ECF No. 291) (the "Order") in connection with Motions for Summary Judgment filed by Defendants (the "Motions");

WHEREAS, the Order (i) referred this case to a magistrate judge for a Mandatory Settlement Conference ("MSC") and (ii) stayed the parties' obligation to file a Joint Pretrial Order until 10 days after the MSC (ECF No. 291, at 21:16-17);

WHEREAS, on February 6, 2019, the parties participated in an MSC with the Honorable Peggy A. Leen, Magistrate Judge (*see* ECF No. 296);

WHEREAS, none of the parties were able to reach a settlement at the MSC (*see* ECF No. 296);

WHEREAS, pursuant to the Order, the deadline for the parties to file their Joint Pretrial Order therefore is Tuesday, February 19, 2019;

WHEREAS, Plaintiffs and Defendants are currently in the process of analyzing numerous depositions and thousands of pages of documents, synthesizing legal theories and arguments (guided, in part, by the Court's findings set forth in the Order), and identifying exhibits for the purpose of fulfilling their requirements under LR 16-3, and filing their Joint Pretrial Order in accordance with LR 16-4;

WHEREAS, given the factual and legal complexities of this case; counsels' need to fully re-familiarize themselves with all matters relating to this case[1]; and the parties' shared interest by

---

[1] The final briefing for the Motions was filed under seal by Defendants in June 2017. In April 2018, the parties, pursuant to the Court's order, filed redacted versions of certain of that briefing. Otherwise, since June 2018, the parties have not litigated the merits of the dispute, as discovery had been completed and the Court's ruling on the Motions was pending. Thereafter, the parties turned their attention to the MSC. Although this required the parties to re-familiarize themselves with various elements of the case, it did not require, including in order to spare party expense, the same efforts required to prepare for trial and to file a Joint Pretrial Order.

the Joint Pretrial Order to, where possible, limit disputed matters, coordinate witnesses and evidence, and simplify matters for a jury trial, Plaintiffs and Defendants believe it would be in the interests of judicial efficiency and economy to continue the deadline for the parties to submit a Joint Pretrial Order to April 19, 2019 (or May 17, 2019 as requested by the Via Defendants), or thereafter, at the Court's discretion; and

WHEREAS, in addition to giving Plaintiffs and Defendants sufficient time to give due attention to meeting and conferring, and preparing a Joint Pretrial Order, some counsel for the parties have scheduling conflicts that will interfere with achieving this, including because trial counsel for the Via Defendants recently formed a new law firm (January 1, 2019) and is in the process of significant administrative obligations, relocating office space to new locations, he is out of the country from March 13-25, 2019, and has a final arbitration hearing scheduled for the end of April. As a result, the Via Defendants respectfully request to be afforded <u>until</u> **May 17, 2019** in order to properly prepare and submit a Joint Pretrial Order. Moreover trial counsel for Caesars Entertainment Operating Company, Inc. is scheduled to be in trial from March 4, 2019 the second week of April, 2019.

///

///

///

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the parties, that the joint pretrial report will be due on April 19, 2019 (or May 17, 2019 as requested by the Via Defendants), or thereafter, in the Court's discretion.

Dated this 15th day of February 2019
PISANELLI BICE PLLC

By: /s/
James J. Pisanelli, Esq., Bar No. 4027
Debra L. Spinelli, Esq., Bar No. 9695
M. Magali Mercera, Esq., Bar No. 11742
Emily A. Buchwald, Esq., Bar No. 13442
400 South 7th Street, Suite 300
Las Vegas, NV 89101
*Attorneys for Caesars Entertainment Operating Company, Inc.*

Dated this 15th day of February 2019
BUCHALTER, A Professional Corporation

By: /s/
C. Dana Hobart, Esq. (CA SBN: 125139)

HEJMANOWSKI & McCREA
PAUL HEJMANOWSKI, ESQ. (NV SBN: 94)
CHARLES MCCREA, ESQ. (NV SBN: 104)
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: 702.834.8777
Fax: 702.834.5262
*Attorneys for Plaintiffs*

Dated this 15th day of February 2019
BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/
Frank M. Flansburg III, Esq., Bar No. 6974
Troy P. Domina, Esq., Bar No. 13862
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
*Attorneys for Defendants Steven Markhoff and International Management Solutions LLC*

Dated this 15th day of February 2019
KOLESAR & LEATHAM,

By: /s/
Matthew T. Dushoff, Esq., Bar No. 4975
400 S. Rampart Blvd., Suite 400
Las Vegas, Nevada 89145

BITMAN O'BRIEN & MORAT, PLLC
Ronnie J. Bitman, Esq., FL Bar No. 744891
(admitted *pro hac vice*)
255 Primera Blvd., Suite 128
Lake Mary, FL 32746
*Attorneys for Defendants Via Airlines, Inc., Via Air, LLC, and Amos Vizer*

# ORDER

Pursuant to the foregoing stipulation, the parties shall file their Joint Pretrial Order, pursuant to United States District Court, District of Nevada's Local Rules of Practice, Rules 16-3 and 16-4, no later than ___April 19___, 2019.

_____
DATED: February 19, 2019

CASE NO. 2:15-cv-01344-JAD-PAL