# EXHIBIT 10

*Aerodynamics Incorporated, et al. v. Caesars Entertainment Operating Company, Inc., et al.*

**Via Defendants' Deposition Designations of John Beardsley**

| Via's Deposition Designations | Caesars' Objections | Caesars' Counter-Designations | Aerodynamics' Objections | Aerodynamics' Counter-Designations | Via's Objections to Counter-Designations | Via's Explanation Why Contesting Objections or De-designating |
|---|---|---|---|---|---|---|
| **John Beardsley** | | | | | | |
| 8:24-9:1 | | | | | | |
| 10:6-11:10 | | | | | | |
| 11:16-19 | | | | | | |
| 11:22-25 | | | | | | |
| 64:1 - 67:14 | 65:14-16 (Lawyer Statement/No question); 66:18-67:20 (Relevance/Substantially more Prejudicial than Probative) | | | ADD: 65:4-6 | | De-designate 66:18-67:20 |
| 68:24 - 70:5 | | | | | | De-designate |
| | | | | ADD: 71:9-25 | Relevance | |
| 88:20 - 90:25 | | | | | | |
| 94:24 | Completeness | | | | | |
| 95:4 | Completeness | | | | | |
| 96:15 | Completeness | | | | | |
| 107:23 | Completeness | | | | | |
| 109:2 | Completeness | | | | | |
| 109:14 | Completeness | | | | | |
| 111:25 - 112:23 | | | | | | |
| 113:6 - 115:24 | Relevance | | | De-designate; hearsay; relevance | | |
| 116:10-17 | Relevance | | | De-designate; hearsay; relevance | | |
| 118:13 - 119:2 | Hearsay | | | De-designate; hearsay | | |

*Aerodynamics Incorporated, et al. v. Caesars Entertainment Operating Company, Inc., et al.*

**Via Defendants' Deposition Designations of John Beardsley**

| Via's Deposition Designations | Caesars' Objections | Caesars' Counter-Designations | Aerodynamics' Objections | Aerodynamics' Counter-Designations | Via's Objections to Counter-Designations | Via's Explanation Why Contesting Objections or De-designating |
|---|---|---|---|---|---|---|
| **John Beardsley** | | | | | | |
| 128:1-25 | Completeness, Speculation | | | De-designate; hearsay | | |
| 135:18 | Completeness | | | | | |
| 162:9 | Completeness | | | | | |
| 165:22 | Completeness | | | | | |
| 165:24 | Completeness | | | | | |
| 170:1 - 171:3 | | | | | | |
| | | | | ADD: 183:16-19 | | |
| 187:15-22 | | | Objections to form as stated on record | | | |
| 199:23 | Completeness | | | | | |
| 220:9 - 221:1 | Completeness | 220:8 | Not relevant - FRE 401-403; Objection to form as stated | | | |
| 229:24 | Completeness | | | | | |
| 234:6 | Completeness | | Not relevant - FRE 401-403 | | | |
| 237:13-16 | | | | | | |
| 240:5 | Completeness | | | | | |
| 242:15 - 243:25 | | | As to 242:15-243:5: Not relevant - FRE 401-403 | Relevant as to lack of damage causation as to Via Defendants | | |

*Aerodynamics Incorporated, et al. v. Caesars Entertainment Operating Company, Inc., et al.*

**Via Defendants' Deposition Designations of John Beardsley**

| Via's Deposition Designations | Caesars' Objections | Caesars' Counter-Designations | Aerodynamics' Objections | Aerodynamics' Counter-Designations | Via's Objections to Counter-Designations | Via's Explanation Why Contesting Objections or De-designating |
|---|---|---|---|---|---|---|
| **John Beardsley** | | | | | | |
| 244:23 - 245:21 | | | As to 244:23-25: Not Relevant - FRE 401-403; As to 245:11-21: Not relevant - FRE 401-403 | De-designate 244:23-25; 245:11-21 relevant to show Order to Show Cause resulted in loss of contract | | |
| 247:14-22 | Relevance | | | De-designate; relevance; hearsay | | |
| 249:16-19 | Relevance | | | De-designate; relevance; hearsay | | |
| 253:19 - 254:6 | | | Not relevant - FRE 401-403 | Absence of evidence as to Vizer/Via statements | | |
| 255:8-16 | | | Not relevant - FRE 401-403 | Lack of damages | | |
| 258:16 | | | | | | |
| 268:16 - 269:2 | Completeness | 268:15 | | De-designate; hearsay; relevance | | |
| 270:3-24 | Relevance | | Not relevant - FRE 401-403 | De-designate; hearsay; relevance | | |
| 274:10-25 | Hearsay, Relevance/Substantially More Prejudicial than Probative | | Not relevant - FRE 401-403; Hearsay - FRE 802 | De-designate; hearsay; relevance | | |

*Aerodynamics Incorporated, et al. v. Caesars Entertainment Operating Company, Inc., et al.*
**Via Defendants' Deposition Designations of John Beardsley**

| Via's Deposition Designations | Caesars' Objections | Caesars' Counter-Designations | Aerodynamics' Objections | Aerodynamics' Counter-Designations | Via's Objections to Counter-Designations | Via's Explanation Why Contesting Objections or De-designating |
|---|---|---|---|---|---|---|
| **John Beardsley** | | | | | | |
| 276:15-25 | | | Not relevant - FRE 401-403; Objections to form as stated on record; Hearsay - FRE 802 | De-designate; hearsay; relevance | | |
| 277:14-24 | | | Not relevant - FRE 401-403 | De-designate; hearsay; relevance | | |
| 279:8-22 | | | Not relevant - FRE 401-403 | De-designate; hearsay; relevance | | |
| 280:21-25 | | | | | | |
| 283:11-22 | | | | | | |
| 286:25 | Completeness | | | | | |
| 287:22 - 288:12 | | | | | | |
| 290:5-10 | | | Not relevant - FRE 401-403; Objections to form as stated on record | Lack of damages; lack of motive; lack of evidence of improper motive | | |

*Aerodynamics Incorporated, et al. v. Caesars Entertainment Operating Company, Inc., et al.*

**Via Defendants' Deposition Designations of Richard Casto**

| Via's Deposition Designations | Caesars' Objections | Caesars' Counter-Designations | Aerodynamics' Objections | Aerodynamics' Counter-Designations | Via's Objections to Counter-Designations | Via's Explanation Why Contesting Objections or De-designating |
|---|---|---|---|---|---|---|
| **Richard Casto** | | | | | | |
| 10:2-4 | | | | | | |
| 12:19-13:1 | | | | | | |
| 14:7-10 | | | | | | |
| 15:13-18 | | | | | | |
| 28:24-31:24 | 28:24-30:3 Misleading | | | ADD: 31:25-32:8. | Added info is incomplete. | "Rules" not misleading |
| 32:10-38:1 | 33:5-34:20 Misleading; 36:23-37:12 Misleading | | | | | As to 33:5-34:20, it refers to the template previously referenced. As to 36:23-37:12, it refers to contents of investigative report |
| 39:18-24 | | | | | | |
| 43:21-25 | | | | | | |
| 46:5-48:22 | Hearsay, Misleading, Speculation | | | | | Statements by party; relevant to suitability determination |
| 53:15-25 | Foundation/Authenticity | | | | | |
| 54:24-56:16 | Best evidence, Speculation | | | | | Document itself will be introduced into evidence |
| 57:6-58:5 | | | | | | |
| 65:15-69:1 | Relevance/Substantially More Prejudicial than Probative, Misleading | | As to 65:15-66:8: Not relevant - FRE 401-403. | | | De-designate |

*Aerodynamics Incorporated, et al. v. Caesars Entertainment Operating Company, Inc., et al.*

**Via Defendants' Deposition Designations of Richard Casto**

| Via's Deposition Designations | Caesars' Objections | Caesars' Counter-Designations | Aerodynamics' Objections | Aerodynamics' Counter-Designations | Via's Objections to Counter-Designations | Via's Explanation Why Contesting Objections or De-designating |
|---|---|---|---|---|---|---|
| **Richard Casto** | | | | | | |
| 70:13-75:2 | 70:13-71:20 Lawyer Statement/No question | | As to 70:13-71:11 and 74:20-23: Not relevant - FRE 401-403; As to 71:23-73:17: Hearsay - FRE 802. | | | As to 70:13-71:20, de-designate. As to 71:23-73:17, not hearsay, testifying about his impression ("was significant impact and of concern to me," "it was our desire," etc) |
| 89:1-91:21 | Completeness, Speculation, Foundation/Authenticity | 88:13-25 | As to 91:17-21: Hearsay - FRE 802. | | | Foundation and authenticate at trial. As to 91:17-21, the subject of testimony is his impression and impact of the suit ("was overwhelmingly more compelling and of concern to me"), not hearsay. Not offered to prove the truth of the matter asserted. |
| 95:16-22 | Speculation | | | | | Not speculating, he affirmatively states he indicated it was problematic |
| 104:14-21 | | | | | | |
| 107:7-16 | | | | ADD: 106:15-107:6. | | |
| 110:17-25 | Speculation, Foundation/Authenticity | | | ADD: 111:1-2. | | Not speculating, the witness is testifying about his understanding at the time |
| 128:25-129:25 | | | As to 129:5-18: Not relevant - FRE 401-403. | ADD: 128:18-24. | | De-designate 129:5-18 |
| 131:6-12 | | | | | | |

*Aerodynamics Incorporated, et al. v. Caesars Entertainment Operating Company, Inc., et al.*

**Via Defendants' Deposition Designations of Richard Casto**

| Via's Deposition Designations | Caesars' Objections | Caesars' Counter-Designations | Aerodynamics' Objections | Aerodynamics' Counter-Designations | Via's Objections to Counter-Designations | Via's Explanation Why Contesting Objections or De-designating |
|---|---|---|---|---|---|---|
| **Richard Casto** | | | | | | |
| 133:20-24 | Completeness, Foundation/ Authenticity, Speculation | 132:25-133:19 | | ADD: 133:3-19. | | Adding counter-designation resolves objection. |
| 140:14-142:25 | Completeness, Speculation, Foundation/ Authenticity | 139:23-140:13 | | | | Adding counter-designation resolves objection. |
| 164:4-165:21 | Misleading | | | ADD: 165:22-166:3. | | |
| 168:8-169:10 | Hearsay, Foundation/ Authenticity, Speculation | | Not Responsive – FRE 611. | ADD: 168:5-7. | | Speculation objection only as to  witness opinion, otherwise these are witnesses  statements and impressions - not offered to prove the truth of the matter asserted. |
| 170:6-9 | | | | | | |
| 171:1-21 | Completeness, Speculation | 170:16-25 | | | | Adding counter-designation resolves objection. Not speculation because witness says it was within 1 week. |
| 177:6-12 | Speculation, Foundation/ Authenticity | | | | | Not speculation, witness knows an inquiry was conducted, knows within 30 days or so |
| 178:23-180:18 | Speculation, Foundation/ Authenticity | | | | | Not speculation. |
| 195:6-196:14 | Completeness | 195:2-5 | | ADD: 195:2-4. | | Adding counter-designation resolves objection. |

*Aerodynamics Incorporated, et al. v. Caesars Entertainment Operating Company, Inc., et al.*

**Via Defendants' Deposition Designations of Richard Casto**

| Via's Deposition Designations | Caesars' Objections | Caesars' Counter-Designations | Aerodynamics' Objections | Aerodynamics' Counter-Designations | Via's Objections to Counter-Designations | Via's Explanation Why Contesting Objections or De-designating |
|---|---|---|---|---|---|---|
| **Richard Casto** | | | | | | |
| 201:7-20:8 | Completeness | 201:9-10 | As to 201:11-23 and 202:19-203:8: Objections to form as stated on record. | | | Adding counter-designation resolves objection. |
| 204:8-205:17 | | | | | | |
| 207:10-208:12 | | | | | | |

*Aerodynamics Incorporated, et al. v. Caesars Entertainment Operating Company, Inc., et al.*

**Via Defendants' Deposition Designations of Thomas Jenkin**

| Via's Deposition Desigations | Caesars' Objections | Caesars' Counter-Designations | Aerodynamics' Objections | Aerodynamics' Counter-Designations | Via's Objections to Counter-Designations | Via's Explanation Why Contesting Objections or De-designating |
|---|---|---|---|---|---|---|
| **Thomas Jenkin** | | | | | | |
| 9:23-10:5 | | | | | | |
| 11:16-12:14 | | | | | | |
| 16:19-17:8 | | | | | | |
| 48:8-13 | | | | | | |
| 49:25-50:10 | | | | | | |
| 60:24-61:10 | | | | | | |
| 71:18-21 | Assumes Facts, Foundation/ Authenticity, Argumentative | | | ADD: 71:13-17. | | Adding ADI counter-designation resolves objections. Not argumentative, straightforward question and direct answer. |
| 77:7-11 | | | Hearsay - FRE 802. | | | Not offered to prove the truth of matter asserted. |
| 85:22-86:5 | | | | | | |
| 103:18-104:3 | | | | | | |
| 118:6-16 | | | | ADD: 118:17-119:24. | | |
| 132:20-133:8 | Assumes Facts, Foundation/ Authenticity, Argumentative | | | | | Foundation laid throughout transcript; head of program considering options for service providers |
| 136:21-137:15 | | | | ADD: 136:15-20. | | |
| 138:6-140:17 | | | | ADD: 137:24-138:5. | | |
| 144:12-145:4 | | | | ADD: 144:2-11. | | |

*Aerodynamics Incorporated, et al. v. Caesars Entertainment Operating Company, Inc., et al.*

**Via Defendants' Deposition Designations of Thomas Jenkin**

| Via's Deposition Desigations | Caesars' Objections | Caesars' Counter-Designations | Aerodynamics' Objections | Aerodynamics' Counter-Designations | Via's Objections to Counter-Designations | Via's Explanation Why Contesting Objections or De-designating |
|---|---|---|---|---|---|---|
| **Thomas Jenkin** | | | | | | |
| 150:19-151:3 | | | | | | |
| 151:13-22 | Foundation/ Authenticity | | | | | |
| 156:14-25 | Foundation/ Authenticity, Speculation, Assumes Facts | | | | | |
| 160:10-25 | | | | | | |
| 163:18-23 | | | | | | |
| 176:7-177:4 | | | Not relevant - FRE 401-403. | | | Relevant as to damages claim against Via Defendants; lack of any mal-intent |

*Aerodynamics Incorporated, et al. v. Caesars Entertainment Operating Company, Inc., et al.*

**Via Defendants' Deposition Designations of Emmanuel Lawrence**

| Vias' Deposition Designations | Caesars' Objections | Caesars' Counter-Designations | Via's Objections to Counter- Designations | Via's Explanation Why Contesting Objections or De-designating |
|---|---|---|---|---|
| **Emmanuel Lawrence** | | | | |
| 8:22-9:2 | | | | |
| 12:6-10 | | | | |
| 12:17-14:10 | Relevance, Foundation | | | Lawrence's background and position with the company are relevant in defending against the unjust enrichment claim against Via |
| 17:5-13 | | | | |
| 17:24-18:20 | | | | |
| 21:15-22:12 | Relevance | | | Lawrence's duties with the company and background with Republic are relevant in defending against the unjust enrichment claim against Via |
| 22:15-23:19 | | | | |
| 81:14-25 | | | | |
| 90: 12-24 | | | | |
| 91: 4-7 | | | | |
| 95: 7-25 | | | | |
| 96:8-20 | Foundation | | | Foundation will be laid through other designations and exhibits at trial |
| 106: 5-14 | Relevance, Foundation, Completeness | 106:15-18 | | Additional counter-designation resolves the foundation and completion objections. Lawrence's duties with the company are relevant in defending against the unjust enrichment claim against Via |
| 109: 20-21 | | | | |
| 110: 1-25 | | | | |
| 111: 6- 112:12 | Foundation | | | Within department reviewing contract and making recommendations/analysis |
| 116: 4-13 | | | | |

*Aerodynamics Incorporated, et al. v. Caesars Entertainment Operating Company, Inc., et al.*

**Via Defendants' Deposition Designations of Emmanuel Lawrence**

| Vias' Deposition Designations | Caesars' Objections | Caesars' Counter-Designations | Via's Objections to Counter-Designations | Via's Explanation Why Contesting Objections or De-designating |
|---|---|---|---|---|
| **Emmanuel Lawrence** | | | | |
| 122: 1-20 | Completeness (121:25) | | | Additional counter-designation resolves the completion objection |
| 131: 2- 132:3 | | | | |
| 132: 21- 133:12 | Foundation | | | Within department reviewing contract and making recommendations/analysis |
| 139: 9-12 | | | | |
| 141:24-25 | | | | |
| 142: 1-4 | | | | |
| 150: 1-3 | Foundation, Speculation | | | Does not call for speculation, he answers affirmatively. Foundation will be laid through other designations and exhibits at trial |
| 152: 1-9 | | | | |
| 153: 4-7 | Foundation | | | Foundation will be laid through other designations and exhibits at trial |
| 153:12- 54: 5 | Foundation | | | Foundation will be laid through other designations and exhibits at trial |
| 155:7-17 | Foundation, Relevance | | | Relevant to Via defending against unjust enrichment as to help with the 121 certification. Foundation will be laid through other designations and exhibits at trial. |
| 158: 4-7 | Foundation, Relevance | | | De-designate |
| 158: 19-23 | Completeness | 158:8-22 | | Additional counter-designation resolves the completion objection |
| 160:7-18 | Foundation, Relevance | | | Relevant to Via defending against unjust enrichment as to help with the 121 certification. Foundation will be laid through other designations and exhibits at trial. |

*Aerodynamics Incorporated, et al. v. Caesars Entertainment Operating Company, Inc., et al.*

**Via Defendants' Deposition Designations of Emmanuel Lawrence**

| Vias' Deposition Designations | Caesars' Objections | Caesars' Counter-Designations | Via's Objections to Counter- Designations | Via's Explanation Why Contesting Objections or De-designating |
|---|---|---|---|---|
| **Emmanuel Lawrence** | | | | |
| 182:24- 83:16 | | | | |
| 183:21- 184:8 | | | | |
| 207:25- 208:1 | Foundation, Relevance, Completeness | | | De-designate |
| 208:11-17 | Foundation, Relevance | | | De-designate |

*Aerodynamics Incorporated, et al. v. Caesars Entertainment Operating Company, Inc., et al.*

**Via Defendants' Deposition Designations of Matthew Levin**

| Via's Deposition Designations | Caesars' Objections | Caesars' Counter-Designations | Aerodynamics' Objections | Aerodynamics' Counter-Designations | Via's Objections to Counter-Designations | Via's Explanation Why Contesting Objections or De-designating |
|---|---|---|---|---|---|---|
| **Matthew Levin** | | | | | | |
| 8:23-9:3 | | | | | | |
| 15:7-8 | | | | | | |
| 15:15-17:10 | | | | | | |
| 19:4-17 | | | | | | |
| 52:6-15 | Assumes Facts, Misleading | | | | | Witness answers question as to timeframe |
| 56:2-57:23 | | | | | | |
| 59:13-24 | | | | ADD: 59:10-12. | | |
| 66:6-12 | | | | ADD: 65:23-66:4. | | |
| 69:18-24 | | | | | | |
| 77:5-17 | | | | ADD: 76:19-77:4. | | |
| 84:10-86:9 | | | | ADD: 86:10-13. | | |
| 88:6-89:1 | | | | | | |
| 93:17-94:6 | | | As to 93:23-94:6: Hearsay - FRE 802. | | | Not being offered to prove the truth of the matter asserted. Therefore, not hearsay. |
| 95:14-98:13 | Hearsay | | As to 95:14-16 and 97:8-10: [6.] | | | Not being offered to prove the truth of the matter asserted. Therefore, not hearsay. |
| 100:14-101:17 | Foundation/ Authenticity | | | | | Foundation will be laid through additional testimony at trial |
| 102:7-107:22 | | | | | | |
| 110:2-113:8 | Hearsay | | | ADD: 113:9-114:10. | | |

*Aerodynamics Incorporated, et al. v. Caesars Entertainment Operating Company, Inc., et al.*

**Via Defendants' Deposition Designations of Matthew Levin**

| Via's Deposition Designations | Caesars' Objections | Caesars' Counter-Designations | Aerodynamics' Objections | Aerodynamics' Counter-Designations | Via's Objections to Counter-Designations | Via's Explanation Why Contesting Objections or De-designating |
|---|---|---|---|---|---|---|
| **Matthew Levin** | | | | | | |
| 121:18-123:18 | Foundation/ Authenticity, Assumes Facts | | | ADD: 121:9-17. | | The additional designation resolves the objection |
| 128:11-25 | | | | | | |
| 132:18-141:8 | Hearsay, Speculation | | | ADD: 132:1-7. | | General discussion of meeting details, topics discussed is not hearsay |
| 142:18-144:4 | Foundation/ Authenticity | | | | | Foundation will be laid through additional testimony at trial |
| 145:15-148:8 | Foundation/ Authenticity | | | | | Foundation for the emails is established. Remaining items will be established at trial. |
| 150:14-158:22 | Foundation/ Authenticity, Vague | | | | | Unclear what portion of the designation the objection applies to. |

*Aerodynamics Incorporated, et al. v. Caesars Entertainment Operating Company, Inc., et al.*

**Via Defendants' Deposition Designations of Darrell Richardson**

| Via's Deposition Designations | Caesars' Objections | Caesars' Counter-Designations | Aerodynamics' Objections | Aerodynamics' Counter-Designations | Via's Objections to Counter-Designations | Via's Explanation Why Contesting Objections or De-designating |
|---|---|---|---|---|---|---|
| **Darrell Richardson** | | | | | | |
| 7:14-17 | | | | | | |
| 42:10-24 | | | | | | |
| 43:12-46:14 | | | | | | |
| 51:10-16 | | | | | | |
| 109:3-7 | | | | | | |
| 169:25-170:11 | | | | | | |
| 171:19-172:15 | | | | | | |
| 173:3-16 | Completeness | 172:24-173:2 | | | | Additional counter-designation resolves the completeness objection |
| 188:12-24 | | | | | | |
| 189:2-5 | | | | | | |
| 190:3-6 | | | | | | |
| 190:10-21 | | | | | | |
| 194:1-3 | | | | | | |
| 196:9-20 | | | | | | |
| 198:20-199:10 | | | | ADD: 198:15-19. | | |
| 317:17-318:15 | | | | | | |
| 319:20-23 | | | | | | |
| 323:15-23 | | | | | | |
| 325:4-10 | | | | | | |
| 332:3-25 | | | | | | |
| 349:3-350:15 | Relevance/ Substantially More Prejudicial than Probative, Speculation | | | | | De-designate |

Page 1 of 2

*Aerodynamics Incorporated, et al. v. Caesars Entertainment Operating Company, Inc., et al.*

**Via Defendants' Deposition Designations of Darrell Richardson**

| Via's Deposition Designations | Caesars' Objections | Caesars' Counter-Designations | Aerodynamics' Objections | Aerodynamics' Counter-Designations | Via's Objections to Counter-Designations | Via's Explanation Why Contesting Objections or De-designating |
|---|---|---|---|---|---|---|
| **Darrell Richardson** | | | | | | |
| 351:3-352:3 | Relevance/ Substantially More Prejudicial than Probative, Speculation | | | | | De-designate |
| 352:11-18 | Relevance/ Substantially More Prejudicial than Probative, Speculation | | | | | De-designate |
| 353:1-13 | Relevance/ Substantially More Prejudicial than Probative, Speculation | | Not relevant - FRE 401-403. | | | De-designate |
| 354:7-17 | | | Not relevant - FRE 401-403. | | | De-designate |
| 354:22-355:2 | | | Not relevant - FRE 401-403. | | | De-designate |

*Aerodynamics Incorporated, et al. v. Caesars Entertainment Operating Company, Inc., et al.*

**Via Defendants' Deposition Designations of Blake Segal**

| Via's Deposition Designations | Caesars' Objections | Caesars' Counter-Designations | Aerodynamics' Objections | Aerodynamics' Counter-Designations | Via's Objections to Counter-Designations | Via's Explanation Why Contesting Objections or De-designating |
|---|---|---|---|---|---|---|
| **Blake Segal** | | | | | | |
| 9:25-10:12 | | | | | | |
| 14:14-17:9 | Relevance/ Substantially More Prejudicial than Probative | | | | | Background and preliminary foundational information |
| 18:23-19:3 | | | As to 18:23-24: Not relevant - FRE 401-403. | | | Background and preliminary foundational information |
| 24:4-16 | Relevance/ Substantially More Prejudicial than Probative | | | | | Background and preliminary foundational information |
| 95:3-12 | | | | | | |
| 95:20-23 | Speculation | | | | | Background and preliminary foundational information; not speculative - then-existing state of options |
| 99:21 - 100:6 | | | | | | |
| 132:24 - 133:2 | | | | | | |
| 135:1-4 | | | | | | |
| 141:6-15 | Foundation/ Authenticity | | | | | |
| 151:16 - 152:8 | | | | | | |
| 163:10-19 | | | | | | |
| 166:20 - 167:19 | Completeness | 166:4-6 | | | | Additional counter-designation resolves objection |
| 168:17 - 169:15 | | | | | | |

Page 1 of 3

*Aerodynamics Incorporated, et al. v. Caesars Entertainment Operating Company, Inc., et al.*

**Via Defendants' Deposition Designations of Blake Segal**

| Via's Deposition Designations | Caesars' Objections | Caesars' Counter-Designations | Aerodynamics' Objections | Aerodynamics' Counter-Designations | Via's Objections to Counter-Designations | Via's Explanation Why Contesting Objections or De-designating |
|---|---|---|---|---|---|---|
| **Blake Segal** | | | | | | |
| 173:7 - 174:24 | Foundation/ Authenticity, Vague, Legal Conclusion/ Calls for a Legal Conclusion | | | | | Background and preliminary foundational information |
| 176:20 - 177:14 | Foundation/ Authenticity | | | | | |
| 179:5 - 182:17 | Relevance/ Substantially More Prejudicial than Probative, Foundation/ Authenticity | | As to 179:9-180:1: Not Responsive – FRE 611; As to 180:5-7: Not relevant - FRE 401-403. | | | |
| 183:11-23 | | | | | | |
| 184:13-15 | Relevance/ Substantially More Prejudicial Than Probative | | | | | Relevant to unjust enrichment damage claims |
| 186:7 - 191:13 | Foundation/ Authenticity, Legal Conclusion/ Calls for a Legal Conclusion, Relevance/ Substantially More Prejudicial Than Probative | | As to 187:21-188:6 and 190:10-21: Not relevant - FRE 401-403. | | | Can remove 187:21-188:6 and 190:10-21 |
| 193:4 - 194:18 | | | | | | |

*Aerodynamics Incorporated, et al. v. Caesars Entertainment Operating Company, Inc., et al.*

**Via Defendants' Deposition Designations of Blake Segal**

| Via's Deposition Designations | Caesars' Objections | Caesars' Counter-Designations | Aerodynamics' Objections | Aerodynamics' Counter-Designations | Via's Objections to Counter-Designations | Via's Explanation Why Contesting Objections or De-designating |
|---|---|---|---|---|---|---|
| **Blake Segal** | | | | | | |
| 232:5 - 233:20 | Relevance/ Substantially More Prejudicial Than Probative | | | ADD: 233:21-234:4. | | De-designate |
| 234:4 - 235:6 | Foundation/ Authenticity | | | | | De-designate |
| 243:24 - 244:10 | | | | | | |
| 246:8 - 248:13 | Foundation/Authenticity | | | | | Foundation will be laid through additional testimony and exhibits at trial |
| 252:20 - 253:1 | | | Objections to form as stated on record. | | | Foundation will be laid through additional testimony and exhibits at trial |
| 253:10-21 | | | | | | |
| 255:19 - 257:3 | | | | | | |
| 258:3-6 | | | | | | |