BUCHALTER
A Professional Corporation
C. DANA HOBART, ESQ. (CA SBN: 125139) (*Admitted Pro Hac Vice*)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
Telephone: 213.891.0700
Fax: 213.896.0400
Email: dhobart@buchalter.com

HEJMANOWSKI & McCREA
PAUL HEJMANOWSKI, ESQ. (NV SBN: 94)
CHARLES MCCREA, ESQ. (NV SBN: 104)
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: 702.834.8777
Fax: 702.834.5262
Email: prh@hmlawlv.com
chm@hmlawlv.com

Attorneys for Plaintiffs,
Aerodynamics Incorporated and
ADI Holdings Company, Inc.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AERODYNAMICS INCORPORATED, a Michigan corporation; ADI HOLDINGS COMPANY INC., a Georgia corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CAESARS ENTERTAINMENT OPERATING COMPANY, INC., a Delaware corporation; STEVEN MARKHOFF, an individual; INTERNATIONAL MANAGEMENT SOLUTIONS LLC, a Delaware corporation; VIA AIRLINES, INC., a Colorado corporation; VIA AIR, LLC, a Delaware corporation; and AMOS VIZER, an individual,<br><br>Defendants. | Case No. 2:15-cv-1344-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PARTIES TO SUBMIT REVISED JOINT PRETRIAL ORDER**<br><br>ECF No. 309 |

| | |
|---|---|
| 1 | Plaintiffs Aerodynamics Incorporated and ADI Holdings Company, Inc. (collectively "Plaintiffs"), by and through their undersigned counsel, and Defendants Caesars Entertainment Operating Company, Inc., Steven Markhoff, International Management Solutions, LLC, Via Airlines, Inc., Via Air, LLC, and Amos Vizer (collectively "Defendants"), by and through their respective undersigned counsel, hereby state as follows: |

Plaintiffs Aerodynamics Incorporated and ADI Holdings Company, Inc. (collectively "Plaintiffs"), by and through their undersigned counsel, and Defendants Caesars Entertainment Operating Company, Inc., Steven Markhoff, International Management Solutions, LLC, Via Airlines, Inc., Via Air, LLC, and Amos Vizer (collectively "Defendants"), by and through their respective undersigned counsel, hereby state as follows:

WHEREAS, on May 21, 2019, the parties filed the Joint Pretrial Order ("JPO") (ECF No. 307);

WHEREAS, on May 30, 2019, the Court issued a minute order rejecting the JPO and ordered the parties to meet and confer again to develop a set of stipulated exhibits (exhibits that they collectively agree may be admitted) and to file a Revised Joint Pretrial Statement by July 12, 2019 (ECF No. 308);

WHEREAS, between May 30, 2019, and July 12, 2019, the parties undertook significant efforts to prepare a Master Exhibit List which resulted in the parties agreeing to a set of stipulated trial exhibits, withdrawing more than 500 trial exhibits (equal to a third of the original number of trial exhibits), withdrawing several hundred objections, and otherwise assembling a more manageable set of trial exhibits. The parties engaged in several meet and confer sessions (two by telephone and many others by email), exchanged several detailed spreadsheets and emails addressing various of the issues of admissibility and narrowing the number of exhibits and objections, and expended significant time re-evaluating each of the originally proposed trial exhibits.

WHEREAS, the parties believe that the Master Exhibit List can be further refined and that the parties will be able to develop a larger set of stipulated exhibits if allowed a brief extension of time to further meet and confer;

WHEREAS the parties have scheduled a multiple-hour meet and confer session to commence on July 16, 2019, at 9:00 am PDT for the purpose of further agreeing upon a larger set of stipulated exhibits;

WHEREAS, no trial date is set in this action and the parties previously requested in the JPO that trial should commence on or after January 27, 2020 (ECF No. 307 at page 38 of 40), such that the brief extension requested herein will not affect the trial of this action;

WHEREAS, the parties believe the additional meet and confer efforts described herein and further refinement of a set of stipulated exhibits and Master Exhibit List can be completed in time to file the Revised Pretrial Order on or before July 26, 2019.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the parties, that the Revised Joint Pretrial Order will be due on July 26, 2019.

Dated this 12th day of July 2019
BUCHALTER, A Professional Corporation

By: /s/ C. Dana Hobart
C. Dana Hobart, Esq. (CA SBN: 125139)

HEJMANOWSKI & McCREA
Paul Hejmanowski, Esq., Bar No. 94
Charles Mccrea, Esq., Bar No. 04
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: 702.834.8777
Fax: 702.834.5262
*Attorneys for Plaintiffs*

Dated this 12th day of July 2019
PISANELLI BICE PLLC

By: /s/ M. Magali Mecera
James J. Pisanelli, Esq., Bar No. 4027
Debra L. Spinelli, Esq., Bar No. 9695
M. Magali Mercera, Esq., Bar No. 11742
Emily A. Buchwald, Esq., Bar No. 13442
400 South 7th Street, Suite 300
Las Vegas, NV 89101
*Attorneys for Caesars Entertainment Operating Company, Inc.*

Dated this 12th day of July 2019
BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Frank S. Flansburg
Frank M. Flansburg III, Esq., Bar No. 6974
Troy P. Domina, Esq., Bar No. 13862
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
*Attorneys for Defendants Steven Markhoff andInternational Management Solutions LLC*

Dated this 12th day of July 2019
BITMAN O'BRIEN & MORAT, PLLC

By: /s/ Ronnie J. Bitman
Ronnie J. Bitman, Esq., FL Bar No. 744891
(admitted *pro hac vice*)
255 Primera Blvd., Suite 128
Lake Mary, FL 32746

Matthew T. Dushoff, Esq., Bar No. 4975
KOLESAR & LEATHAM,
400 S. Rampart Blvd., Suite 400
Las Vegas, Nevada 89145
*Attorneys for Defendants Via Airlines, Inc., Via Air, LLC, and Amos Vizer*

## **ORDER**

Pursuant to the foregoing stipulation, the parties shall file their Revised Joint Pretrial Order no later than ____July 26,_____, 2019.

_____
U.S. District Judge Jennifer A. Dorsey
July 16, 2019

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES