BUCHALTER
A Professional Corporation
C. DANA HOBART, ESQ. (CA SBN: 125139) (*Admitted Pro Hac Vice*)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
Telephone: 213.891.0700
Fax: 213.896.0400
Email: dhobart@buchalter.com

HEJMANOWSKI & McCREA
PAUL HEJMANOWSKI, ESQ. (NV SBN: 94)
CHARLES MCCREA, ESQ. (NV SBN: 104)
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: 702.834.8777
Fax: 702.834.5262
Email: prh@hmlawlv.com
       chm@hmlawlv.com

Attorneys for Plaintiffs,
AERODYNAMICS INCORPORATED and
ADI HOLDINGS COMPANY, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AERODYNAMICS INCORPORATED, a Michigan corporation; ADI HOLDINGS COMPANY INC., a Georgia corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CAESARS ENTERTAINMENT OPERATING COMPANY, INC., a Delaware corporation; STEVEN MARKHOFF, an individual; INTERNATIONAL MANAGEMENT SOLUTIONS LLC, a Delaware corporation; VIA AIRLINES, INC., a Colorado corporation; VIA AIR, LLC, a Delaware corporation; and AMOS VIZER, an individual,<br><br>Defendants. | Case No. 2:15-cv-1344-JAD-BNW<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER FOR BRIEFING OF MOTIONS IN LIMINE** |

Plaintiffs Aerodynamics Incorporated and ADI Holdings Company, Inc., by and through their undersigned counsel, and Defendants Caesars Entertainment Operating Company, Inc., Steven Markhoff, International Management Solutions, LLC, Via Airlines, Inc., Via Air, LLC, and Amos Vizer, by and through their respective undersigned counsel, hereby submit this proposed scheduling order for briefing of motions in limine in the above-referenced action as follows:

WHEREAS, on August 12, 2019, the Court held a Status Conference, during which the parties discussed, among other issues, the timing for the briefing of motions in limine in advance of the trial in this action;

WHEREAS, on August 13, 2019, the Court issued its Minutes of Proceedings (ECF No. 314), by which the Court ordered the parties to submit a joint proposed motion in limine briefing schedule, which, once filed, the Court will issue the pretrial order and set a trial date;

WHEREAS, the parties met and conferred and agreed upon the following motion in limine briefing schedule calculated based upon days before trial as follows:

| Date | Activity |
| --- | --- |
| 75 days before trial | File motions in limine |
| 45 days before trial | File oppositions to motions in limine |
| 30 days before trial | File reply briefs, if allowed by the Court |

For example, should the Court set the trial on January 27, 2020, the first date the parties proposed in the Revised Joint Pretrial Order (ECF No. 311 at 40), the briefing schedule would be as follows:  November 13, 2019 – deadline to file motions in limine; December 13, 2019 – deadline to file oppositions to motions in limine; and December 27, 2019 – deadline to file reply briefs in support of motions in limine, to the extent allowed by the Court.

1  WHEREAS, the parties agree that the actual deadlines may be subject to minor revision, pursuant to stipulation of the parties and order of the Court, based upon the actual trial date set by the Court, as necessary.

SO STIPULATED.

| | |
|---|---|
| Dated this 10th day of October 2019<br>BUCHALTER, A Professional Corporation<br><br>By: */s/ C. Dana Hobart*<br>C. Dana Hobart, Esq. (CA SBN: 125139)<br><br>HEJMANOWSKI & McCREA<br>Paul Hejmanowski, Esq., Bar No. 94<br>Charles Mccrea, Esq., Bar No. 04<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Telephone: 702.834.8777<br>Fax: 702.834.5262<br>*Attorneys for Plaintiffs* | Dated this 10th day of October 2019<br>PISANELLI BICE PLLC<br><br>By: */s/ M. Magali Mercera*<br>James J. Pisanelli, Esq., Bar No. 4027<br>Debra L. Spinelli, Esq., Bar No. 9695<br>M. Magali Mercera, Esq., Bar No. 11742<br>Emily A. Buchwald, Esq., Bar No. 13442<br>400 South 7th Street, Suite 300<br>Las Vegas, NV 89101<br>*Attorneys for Caesars Entertainment Operating Company, Inc.* |
| Dated this 10th day of October 2019<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br><br>By: */s/ Frank M. Flansburg III*<br>Frank M. Flansburg III, Esq., Bar No. 6974<br>Troy P. Domina, Esq., Bar No. 13862<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106<br>*Attorneys for Defendants Steven Markhoff and International Management Solutions LLC* | Dated this  10th day of October 2019<br>BITMAN O'BRIEN & MORAT, PLLC<br><br>By: */s/ Ronnie J. Bitman*<br>Ronnie J. Bitman, Esq., FL Bar No. 744891<br>(admitted *pro hac vice*)<br>255 Primera Blvd., Suite 128<br>Lake Mary, FL  32746<br><br>Matthew T. Dushoff, Esq., Bar No. 4975<br>KOLESAR & LEATHAM,<br>400 S. Rampart Blvd., Suite 400<br>Las Vegas, Nevada  89145<br>*Attorneys for Defendants Via Airlines, Inc., Via Air, LLC, and Amos Vizer* |

**ORDER**

Pursuant to the foregoing stipulation, the Court sets the following dates:

1. Trial of this action shall commence _____, 2020 at _____a.m.;
2. The Court shall conduct a Pretrial Conference on _____, 2020 at _____ __.m.; and
3. With respect to motions in limine:
   a. Motions shall be filed 75 days before trial;
   b. Oppositions, if any, shall be filed 45 days before trial; and
   c. Replies, if any, shall be filed by 30 days before trial.

_____

DATED: _____

CASE NO. 2:15-cv-01344-JAD-BNW