**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| AERODYNAMICS INCORPORATED, et al., | Case No. 2:15-cv-01344-JAD-BNW |
| Plaintiffs, | **ORDER** |
| v. | |
| CAESARS ENTERTAINMENT OPERATING COMPANY, et al., | |
| Defendants. | |

Defendant Via Airlines, Inc. filed a notice informing the court of its Chapter 11 bankruptcy petition that was filed on October 8, 2019, thereby staying this case as to Via Airlines under 11 U.S.C. § 362. (ECF No. 317). The parties must file a status report regarding the bankruptcy proceedings by April 8, 2020, and every six months thereafter, until the stay is lifted.

DATED: November 13, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE