James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
M. Magali Mercera, Esq., Bar No. 11742
MMM@pisanellibice.com
Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

*Attorneys for Caesars Entertainment Operating Company, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AERODYNAMICS INCORPORATED, a Michigan corporation; ADI HOLDINGS COMPANY, INC., a Georgia corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CAESARS ENTERTAINMENT OPERATING COMPANY, INC., a Delaware corporation; STEVEN MARKHOFF, an individual; INTERNATIONAL MANAGEMENT SOLUTIONS LLC, a Delaware corporation; VIA AIRLINES, INC., a Colorado corporation; VIA AIR, LLC, a Delaware corporation; and AMOS VIZER, an individual,<br><br>Defendants. | CASE NO.: 2:15-cv-1344-JAD-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF VIA AIRLINES, INC. (ECF NO. 320)**<br><br>**(FIRST REQUEST)**<br><br>(ECF No. 322) |

Plaintiffs Aerodynamics Incorporated and ADI Holdings Company, Inc. (collectively "Plaintiffs") by and through their undersigned counsel, and Defendants Caesars Entertainment Operating Company, Inc. ("Caesars"); Steven Markhoff and International Management Solutions, LLC (collectively "Markhoff"); and Via Air, LLC and Amos Vizer (collectively "Via" or the "Via Entities"), by and through their undersigned counsel, hereby state as follows:

1. On November 26, 2019, Plaintiffs filed their Motion for Voluntary Dismissal without Prejudice of Via Airlines, Inc. (ECF No. 320) (the "Motion to Dismiss");

1

PISANELLI BICE
400 SOUTH 7TH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

2. The current deadline to respond to the Motion to Dismiss is Tuesday, December 10, 2019;

3. The Parties have agreed to modify the briefing schedule to allow Caesars, Markhoff, and the Via Entities a brief extension, until Friday, December 13, 2019, to file their responses to the Motion to Dismiss.

In light of the foregoing, the Parties STIPULATE AND AGREE, subject to this Court's approval, as follows:

1. That the time for Caesars, Markhoff, and the Via Entities to respond to the Motion to Dismiss shall be extended;

2. Caesars, Markhoff, and the Via Entities shall have up to and including Friday, December 13, 2019 to respond to the Motion to Dismiss.

Dated this 9th day of December 2019

PISANELLI BICE PLLC

By: /s/ M. Magali Mercera
James J. Pisanelli, Esq., Bar No. 4027
Debra L. Spinelli, Esq., Bar No. 9695
M. Magali Mercera, Esq., Bar No. 11742
Emily A. Buchwald, Esq., Bar No. 13442
400 South 7th Street, Suite 300
Las Vegas, NV 89101

*Attorneys for Caesars Entertainment Operating Company, Inc.*

/ / /

Dated this 9th day of December 2019

BUCHALTER, a Professional Corporation

By: /s/ C. Dana Hobart
C. Dana Hobart, Esq. (CA SBN: 125139)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017

HEJMANOWSKI & MCCREA
Paul Hejmanowski, Esq., Bar No. 94
Charles McCrea, Esq., Bar No. 04
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: 702.834.8777
Fax: 702.834.5262

*Attorneys for Plaintiffs*

| | |
|---|---|
| Dated this 9th day of December 2019 | Dated this 9th day of December 2019 |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | BITMAN O'BRIEN & MORAT, PLLC |
| By: /s/ Troy P. Domina<br>Frank M. Flansburg III, Esq., Bar No. 6974<br>Troy P. Domina, Esq., Bar No. 13862<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106 | By: /s/ Ronnie J. Bitman<br>Ronnie J. Bitman, Esq., FL Bar No. 744891<br>(admitted *pro hac vice*)<br>255 Primera Blvd., Suite 128<br>Lake Mary, FL 32746 |
| *Attorneys for Defendants Steven Markhoff and International Management Solutions LLC* | Matthew T. Dushoff, Esq., Bar No. 4975<br>KOLESAR & LEATHAM<br>400 S. Rampart Blvd., Suite 400<br>Las Vegas, Nevada 89145<br><br>*Attorneys for Defendants Via Airlines, Inc., Via Air, LLC, and Amos Vizer* |

## **ORDER**

IT IS SO ORDERED that Caesars, Markhoff, and the Via Entities shall have up to and including Friday, December 13, 2019, to respond to the Motion to Dismiss.

_____
UNITED STATES DISTRICT JUDGE

DATED: December 9, 2019.

CASE NO. 2:15-cv-1344-JAD-BNW

3