James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
M. Magali Mercera, Esq., Bar No. 11742
MMM@pisanellibice.com
Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

*Attorneys for Caesars Entertainment
Operating Company, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AERODYNAMICS INCORPORATED, a Michigan corporation; ADI HOLDINGS COMPANY, INC., a Georgia corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CAESARS ENTERTAINMENT OPERATING COMPANY, INC., a Delaware corporation; STEVEN MARKHOFF, an individual; INTERNATIONAL MANAGEMENT SOLUTIONS LLC, a Delaware corporation; VIA AIRLINES, INC., a Colorado corporation; VIA AIR, LLC, a Delaware corporation; and AMOS VIZER, an individual,<br><br>Defendants. | CASE NO.: 2:15-cv-1344-JAD-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF VIA AIRLINES, INC. (ECF NO. 320)**<br><br>**(SECOND REQUEST)** |

Plaintiffs Aerodynamics Incorporated and ADI Holdings Company, Inc. (collectively "Plaintiffs") by and through their undersigned counsel, and Defendants Caesars Entertainment Operating Company, Inc. ("Caesars"); Steven Markhoff and International Management Solutions, LLC (collectively "Markhoff"); and Via Air, LLC and Amos Vizer (collectively "Via" or the "Via Entities"), by and through their undersigned counsel, hereby state as follows:

1. On November 26, 2019, Plaintiffs filed their Motion for Voluntary Dismissal without Prejudice of Via Airlines, Inc. (ECF No. 320) (the "Motion to Dismiss").

1

2. The Parties previously agreed to modify the briefing schedule to allow Caesars, Markhoff, and the Via Entities additional time to file their responses to the Motion to Dismiss and the current deadline to respond to the Motion to Dismiss is Friday, December 13, 2019.

3. This is the second stipulation to modify the briefing schedule.

4. The parties have agreed to modify the briefing schedule to allow Caesars and Markhoff a brief extension, until Monday, December 16, 2019, to file their responses to the Motion to Dismiss.

5. Via Airlines, LLC will not be filing a response/objection to the Motion to Dismiss and the Via Entities are not taking a position as to the Motion to Dismiss.

6. The parties have further agreed that Plaintiffs shall have up to and including, Monday, December 23, 2019, to file their reply in support of the Motion to Dismiss.

In light of the foregoing, the Parties STIPULATE AND AGREE, subject to this Court's approval, as follows:

1. That the time for Caesars and Markhoff to respond to the Motion to Dismiss shall be extended;

2. Caesars and Markhoff shall have up to and including Monday, December 16, 2019 to respond to the Motion to Dismiss; and

3. Plaintiffs shall have up to and including, Monday, December 23, 2019, to file their reply in support of the Motion to Dismiss.

| Dated this 13th day of December 2019 | Dated this 13th day of December 2019 |
|---|---|
| Pisanelli Bice PLLC | Buchalter, a Professional Corporation |
| By: /s/ M. Magali Mercera<br>James J. Pisanelli, Esq., Bar No. 4027<br>Debra L. Spinelli, Esq., Bar No. 9695<br>M. Magali Mercera, Esq., Bar No. 11742<br>Emily A. Buchwald, Esq., Bar No. 13442<br>400 South 7th Street, Suite 300<br>Las Vegas, NV 89101<br><br>*Attorneys for Caesars Entertainment Operating Company, Inc.* | By: /s/ C. Dana Hobart<br>C. Dana Hobart, Esq. (CA SBN: 125139)<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017<br><br>Hejmanowski & McCrea<br>Paul Hejmanowski, Esq., Bar No. 94<br>Charles McCrea, Esq., Bar No. 04<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Telephone: 702.834.8777<br>Fax: 702.834.5262<br>*Attorneys for Plaintiffs* |

Dated this 13th day of December 2019

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Frank M. Flansburg
Frank M. Flansburg III, Esq., Bar No. 6974
Troy P. Domina, Esq., Bar No. 13862
100 North City Parkway, Suite 1600
Las Vegas, NV 89106

*Attorneys for Defendants Steven Markhoff and International Management Solutions LLC*

Dated this 13th day of December 2019

BITMAN O'BRIEN & MORAT, PLLC

By: /s/ Ronnie J. Bitman
Ronnie J. Bitman, Esq., FL Bar No. 744891
(admitted *pro hac vice*)
255 Primera Blvd., Suite 128
Lake Mary, FL 32746

Matthew T. Dushoff, Esq., Bar No. 4975
KOLESAR & LEATHAM
400 S. Rampart Blvd., Suite 400
Las Vegas, Nevada 89145

*Attorneys for Defendants Via Airlines, Inc., Via Air, LLC, and Amos Vizer*

## ORDER

IT IS SO ORDERED that Caesars and Markhoff shall have up to and including Monday, December 16, 2019, to respond to the Motion to Dismiss.

IT IS FURTHER ORDERED that Plaintiffs shall have up to and including, Monday, December 23, 2019, to file their reply in support of the Motion to Dismiss

UNITED STATES DISTRICT JUDGE
DATED: 12/16/2019

CASE NO. 2:15-cv-1344-JAD-BNW