BUCHALTER
A Professional Corporation
C. DANA HOBART, ESQ. (CA SBN: 125139) (*Admitted Pro Hac Vice*)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
Telephone: 213.891.0700
Fax: 213.896.0400
Email: dhobart@buchalter.com

HEJMANOWSKI & McCREA
PAUL HEJMANOWSKI, ESQ. (NV SBN: 94)
CHARLES MCCREA, ESQ. (NV SBN: 104)
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: 702.834.8777
Fax: 702.834.5262
Email: prh@hmlawlv.com
       chm@hmlawlv.com

Attorneys for Plaintiffs,
AERODYNAMICS INCORPORATED and
ADI HOLDINGS COMPANY, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AERODYNAMICS INCORPORATED, a Michigan corporation; ADI HOLDINGS COMPANY INC., a Georgia corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CAESARS ENTERTAINMENT OPERATING COMPANY, INC., a Delaware corporation; STEVEN MARKHOFF, an individual; INTERNATIONAL MANAGEMENT SOLUTIONS LLC, a Delaware corporation; VIA AIRLINES, INC., a Colorado corporation; VIA AIR, LLC, a Delaware corporation; and AMOS VIZER, an individual,<br><br>Defendants. | Case No. 2:15-cv-1344-JAD-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE REPLY IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF VIA AIRLINES, INC. [DKT. NOS. 326 AND 327]**<br><br>**(FIRST REQUEST BY PLAINTIFFS)**<br><br>ECF Nos. 332, 333 |

Plaintiffs Aerodynamics Incorporated and ADI Holdings Company, Inc. (collectively "Plaintiffs") by and through their undersigned counsel, and Defendants Caesars Entertainment Operating Company, Inc. ("Caesars"); Steven Markhoff and International Management Solutions, LLC (collectively "Markhoff"); and Via Air, LLC and Amos Vizer (collectively "Via" or the "Via Entities"), by and through their undersigned counsel, hereby state as follows:

1. On November 26, 2019, Plaintiffs filed their Motion for Voluntary Dismissal without Prejudice of Via Airlines, Inc. ("Motion") [Dkt. No. 320];

2. On December 16, 2019, after two extensions of time requested by Caesars and Markhoff, agreed to by Plaintiffs, and granted by this Court [Dkt. Nos. 322-325], Caesars and Markhoff filed their respective Responses to the Motion [Dkt. Nos. 326 and 327]; [1]

3. This is the first stipulation for an extension of time requested by Plaintiffs to file a reply in support of the Motion;

4. The current deadline for Plaintiffs to file their reply is December 23, 2019;

5. The parties have agreed to modify the briefing schedule to allow Plaintiffs a brief extension of time to file their reply to and including Friday, December 27, 2019.

In light of the foregoing, the Parties STIPULATE AND AGREE, subject to this Court's approval, to extend the deadline for Plaintiffs to file their reply in support of the Motion to and including December 27, 2019.

| | |
|---|---|
| Dated this 19th day of December 2019 | Dated this 19th day of December 2019 |
| BUCHALTER, a Professional Corporation | PISANELLI BICE PLLC |
| By: /s/ *C. Dana Hobart* <br> C. Dana Hobart, Esq. (CA SBN: 125139) <br> 1000 Wilshire Boulevard, Suite 1500 <br> Los Angeles, CA 90017 <br><br> HEJMANOWSKI & McCREA <br> Paul Hejmanowski, Esq., Bar No. 94 <br> Las Vegas, NV 89101 <br> 520 South Fourth Street, Suite 320 <br><br> *Attorneys for Plaintiffs* | By: /s/ *M. Magali Mercera* <br> James J. Pisanelli, Esq., Bar No. 4027 <br> Debra L. Spinelli, Esq., Bar No. 9695 <br> M. Magali Mercera, Esq., Bar No. 11742 <br> Emily A. Buchwald, Esq., Bar No. 13442 <br> 400 South 7th Street, Suite 300 <br> Las Vegas, NV 89101 <br><br> *Attorneys for Caesars Entertainment Operating Company, Inc.* |

---

[1] Defendants Via Airlines, Inc., Via Air, LLC, and Amos Vizer did not file oppositions to the Motion and have represented to the Court that they do not take a position as to the Motion [Dkt. No. 324].

| | |
|---|---|
| Dated this 19th day of December 2019 | Dated this 19th day of December 2019 |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | BITMAN O'BRIEN & MORAT, PLLC |
| By: /s/ *Frank M. Flansburg* | By: /s/ *Ronnie J. Bitman* |
| Frank M. Flansburg III, Esq., Bar No. 6974<br>Troy P. Domina, Esq., Bar No. 13862<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106 | Ronnie J. Bitman, Esq., FL Bar No. 744891<br>(admitted *pro hac v*ice)<br>255 Primera Blvd., Suite 128<br>Lake Mary, FL 32746 |
| *Attorneys for Defendants Steven Markhoff and International Management Solutions LLC* | Matthew T. Dushoff, Esq., Bar No. 4975<br>KOLESAR & LEATHAM<br>400 S. Rampart Blvd., Suite 400<br>Las Vegas, Nevada 89145 |
| | *Attorneys for Defendants Via Airlines, Inc., Via Air, LLC, and Amos Vizer* |

## ORDER

IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to File Omnibus Reply Brief in Excess of Page Limits **[ECF No. 332] is GRANTED.** Plaintiffs may file a single reply to Caesars's and Markhoff's Responses to Plaintiffs' Motion for Voluntary Dismissal Without Prejudice as to Defendant Via Airlines, Inc., which does not exceed 24 pages. Based on the parties' stipulation **[ECF No. 333]**, IT IS FURTHER ORDERED that plaintiffs have until December 27, 2019, to file that reply brief.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 23, 2019