# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AERODYNAMICS INCORPORATED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CAESARS ENTERTAINMENT OPERATING COMPANY, et al., <br><br> Defendants. | Case No. 2:15-cv-01344-JAD-BNW <br><br> **ORDER** |

On April 3, 2020, this Court issued an order granting in part and denying in Defendant Caesar's motion to seal. (ECF No. 338.) In that order, the Court ruled that Exhibit 6 to ECF No. 331 would remain sealed for the next 30 days to allow Caesars an opportunity to file supplemental briefing providing a compelling reason why this exhibit needed to remain sealed. (*Id.* at 5.) More than 30 days have passed, and Caesars has not filed any supplemental briefing regarding Exhibit 6. According,

IT IS ORDERED that the Clerk of Court shall unseal Exhibit 6 to ECF No. 331.

IT IS FURTHER ORDERED that Caesars must file a new, redacted opposition in which it maintains any discussion or citations to Exhibits 3 and 7 to ECF No. 331 in its current redacted form and unredacts any portions of the document that discusses or cites to Exhibits 1, 2, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 16, 17 and 19 to ECF No. 331 by June 1, 2020.

DATED: May 11, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE