# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Aerodynamics Incorporated and ADI Holdings Company, Inc., <br><br> Plaintiffs <br><br> v. <br><br> Caesars Entertainment Operating Company, et al., <br><br> Defendants | Case No.: 2:15-cv-01344-JAD-BNW <br><br> **Order Scheduling Trial and Briefing on Motions in Limine** |

Plaintiffs Aerodynamics Incorporated and ADI Holdings Company, Inc. recently filed a fourth response to my order denying their request to voluntarily dismiss bankrupt defendant Via Airlines, Inc. under Federal Civil Procedure Rule 41.[1] Although plaintiffs renewed their request to voluntarily dismiss Via Airlines in their third response,[2] they have since sought and obtained clarification from the bankruptcy court in Via Airlines' bankruptcy that the discharge injunction under 11 U.S.C. § 524, 1141 prohibits that action.[3] So plaintiffs ask me to set this matter for trial, with Via Airlines participating, if at all, only as a nominal defendant as permitted under the bankruptcy court's order.[4] No defendant has filed a reply to plaintiffs' fourth response, and the parties' revised proposed joint pretrial order and stipulation and proposed scheduling order for briefing motions in limine are ripe for determination.[5]

---

[1] ECF No. 351.
[2] ECF No. 348 at 2–3.
[3] ECF No. 351-1 (bankruptcy court's order).
[4] ECF No. 351.
[5] *See* ECF No. 316.

The parties stipulate that motions in limine will be due 75 days before trial, responses 45 days, and any reply allowed by the court 30 days before trial.  This schedule is acceptable.  This action is **scheduled for a jury trial on the September 28, 2021, trial stack.**  The parties are directed to meet and confer and determine if they need to file a second revised pretrial order to address the fact that Via Airlines will participate, if at all, only in a nominal capacity.  Any second revised joint pretrial order must be filed **by June 17, 2021**.  Otherwise, the court will update the parties' current revised joint pretrial order at ECF No. 311 with the dates set and approved in this order and enter it on the docket.

_____
U.S. District Judge Jennifer A. Dorsey
June 10, 2021