1 BUCHALTER
A Professional Corporation
2 C. DANA HOBART, ESQ. (CA SBN:  125139) (*Admitted Pro Hac Vice*)
1000 Wilshire Boulevard, Suite 1500
3 Los Angeles, CA   90017
Telephone: 213.891.0700
4 Fax: 213.896.0400
Email:  dhobart@buchalter.com
5
HEJMANOWSKI & McCREA
6 PAUL HEJMANOWSKI, ESQ. (NV SBN: 94)
CHARLES MCCREA, ESQ. (NV SBN: 104)
7 520 South Fourth Street, Suite 320
Las Vegas, NV  89101
8 Telephone:  702.834.8777
Fax: 702.834.5262
9 Email:  prh@hmlawlv.com
        chm@hmlawlv.com
10
11 Attorneys for Plaintiffs,
AERODYNAMICS INCORPORATED and
12 ADI HOLDINGS COMPANY, INC.
13
14          **IN THE UNITED STATES DISTRICT COURT**
15               **FOR THE DISTRICT OF NEVADA**
16 AERODYNAMICS INCORPORATED, a            Case No. 2:15-cv-1344-JAD-BNW
Michigan corporation; ADI HOLDINGS
17 COMPANY INC., a Georgia corporation,
                                         **STIPULATION & ORDER**
18          Plaintiffs,                   **REGARDING MOTION IN LIMINE**
                                         **BRIEFING SCHEDULE**
19          vs.
20 CAESARS ENTERTAINMENT OPERATING
COMPANY, INC., a Delaware corporation;        ECF No. 360
21 STEVEN MARKHOFF, an individual;
INTERNATIONAL MANAGEMENT
22 SOLUTIONS LLC, a Delaware corporation; VIA
AIRLINES, INC., a Colorado corporation; VIA
23 AIR, LLC, a Delaware corporation; and AMOS
VIZER, an individual,
24
          Defendants.
25
26
27
28

BUCHALTER

1   Plaintiffs Aerodynamics Incorporated and ADI Holdings Company, Inc., by and through

2   their undersigned counsel, and Defendants Caesars Entertainment Operating Company, Inc.,

3   Steven Markhoff, International Management Solutions, LLC, Via Airlines, Inc., Via Air, LLC,

4   and Amos Vizer, by and through their respective undersigned counsel, hereby submit this

5   stipulation to set a briefing schedule for motions in limine as follows:

6   WHEREAS, during the status conference on February 11, 2022, the Court indicated that

7   motions in limine are to be filed 75 days before trial, opposition briefs are to be filed 45 days

8   before trial, and reply briefs, if allowed, are to be filed 30 days before trial;

9   WHEREAS, the Court invited the parties to meet and confer regarding any revisions to

10  the proposed motion in limine briefing schedule;

11  WHEREAS, Via Airlines, Inc., Via Air, LLC, and Amos Vizer do not object to this relief

12  for the purposes of accommodating all parties and the Court.  However, Via Airlines, Inc., states

13  that the accommodation is subject and subordinate to Via Airlines, Inc.'s intent to seek a

14  continuance, stay, dismissal (or other similar relief) pertaining to its bankruptcy proceeding in

15  United States Bankruptcy Court in and for the Middle District of Florida (Orlando Division); and

16  WHEREAS, the parties met and conferred on the motion in limine briefing schedule and

17  agreed to the following deadlines:

18  - March 11, 2022:      Opening briefs due

19  - April 11, 2022:      Opposition briefs due

20  - April 22, 2022:      Reply briefs (if allowed) due

21  NOW, THEREFORE, it is hereby stipulated by and between the Parties as follows:

22  1.  Motions in limine shall be filed on March 11, 2022;

23  2.  Opposition briefs shall be filed on April 11, 2022; and

24  3.  Reply briefs, if allowed, shall be filed on April 22, 2022.

25  SO STIPULATED.

**IT IS SO ORDERED.**

26

27  _____
    **U.S. District Judge**

28  **March 1, 2022**

BUCHALTER

1

1

2 Dated this 15th day of February 2022
BUCHALTER, A Professional Corporation

Dated this 15th day of February 2022
PISANELLI BICE PLLC

3

4 By: */s/ C. Dana Hobart*
C. Dana Hobart, Esq., CA SBN: 125139
(admitted *pro hac vice*)
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA  90017

By: *_/s/ Emily A. Buchwald*
James J. Pisanelli, Esq., Bar No. 4027
Debra L. Spinelli, Esq., Bar No. 9695
M. Magali Mercera, Esq., Bar No. 11742
Emily A. Buchwald, Esq., Bar No. 13442
400 South 7th Street, Suite 300
Las Vegas, NV  89101
*Attorneys for Caesars Entertainment
Operating Company, Inc.*

5

6

7 HEJMANOWSKI & McCREA
Paul Hejmanowski, Esq.,  Bar No. 94
Charles McCrea, Esq., Bar No. 04
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
Telephone: 702.834.8777
Fax: 702.834.5262
*Attorneys for Plaintiffs*

8

9

10

11

12 Dated this 15th day of February 2022
BROWNSTEIN HYATT FARBER SCHRECK, LLP

Dated this 15th day of February 2022
BITMAN O'BRIEN & MORAT, PLLC

13 By: *_____/s/ Frank M. Flansburg*
Frank M. Flansburg III, Esq., Bar No. 6974
Troy P. Domina, Esq., Bar No. 13862
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
*Attorneys for Defendants Steven Markhoff and
International Management Solutions LLC*

By: *_____/s/ Ronnie J. Bitman*
Ronnie J. Bitman, Esq., FL Bar No. 744891
(admitted *pro hac vice*)
255 Primera Blvd., Suite 128
Lake Mary, FL  32746

14

15

16 Matthew T. Dushoff, Esq., Bar No. 4975
SALTZMAN MUGAN DUSHOFF
1835 Village Center Circle
Las Vegas, NV  89134
*Attorneys for Defendants Via Airlines, Inc., Via
Air, LLC, and Amos Vizer*

17

18

19

20

21

22

23

24

25

26

27

28

BUCHALTER

2