James J. Pisanelli, Esq., Bar No. 4027
JJP@pisanellibice.com
Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
M. Magali Mercera, Esq., Bar No. 11742
MMM@pisanellibice.com
Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:   702.214.2100

*Attorneys for Defendant Caesars Entertainment Operating Company, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AERODYNAMICS INCORPORATED, a Michigan corporation; ADI HOLDINGS COMPANY, INC., a Georgia corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CAESARS ENTERTAINMENT OPERATING COMPANY, INC., a Delaware corporation; STEVEN MARKHOFF, an individual; INTERNATIONAL MANAGEMENT SOLUTIONS LLC, a Delaware corporation; VIA AIRLINES, INC., a Colorado corporation; VIA AIR, LLC, a Delaware corporation; and AMOS VIZER, an individual,<br><br>Defendants. | CASE NO.: 2:15-cv-1344-JAD-BNW<br><br>**SUBSTITUTION OF ATTORNEYS FOR DEFENDANT CAESARS ENTERTAINMENT OPERATING COMPANY, INC.** |

/ / /

McDonald Carano LLP is hereby substituted as attorneys of record for Defendant Caesars Entertainment Operating Company, Inc. in the above-entitled action in place and stead of Pisanelli Bice pllc.

DATED this 21st day of August 2025.

        Caesars Entertainment Operating Company, Inc.

        By:   */s/ Paul Georgeson*

        Its: Senior Vice President & Deputy General Counsel

Pisanelli Bice pllc hereby consents to the above and foregoing substitution as attorney of record for Defendant Caesars Entertainment Operating Company, Inc. in the above-entitled action.

DATED this 21st day of August 2025.

PISANELLI BICE PLLC

By:   */s/ M. Magali Mercera*
James J. Pisanelli, Esq., Bar No. 4027
Debra L. Spinelli, Esq., Bar No. 9695
M. Magali Mercera, Esq., Bar No. 11742
Emily A. Buchwald, Esq., Bar No. 13442
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Former Attorneys for Defendant Caesars Entertainment Operating Company, Inc.*

/ / /

2

1  McDONALD CARANO LLP hereby accepts the above and foregoing substitution as attorney
2  of record for Defendant Caesars Entertainment Operating Company, Inc. the above-entitled
3  action.

4  DATED this 21st day of August 2025.

McDONALD CARANO LLP

By: */s/ Kristen T. Gallagher*
    Kristen T. Gallagher, Esq., Bar No. 9561
    McDONALD CARANO
    2300 W. Sahara Avenue, Suite 1200
    Las Vegas, NV 89102
    kgallagher@mcdonaldcarano.com

*Attorneys for Defendant Caesars Entertainment Operating Company, Inc.*

### **ORDER**

The substitution of attorney is hereby approved and so ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: August 22, 2025

CASE NO: 2:15-cv-1344-JAD-BNW

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of PISANELLI BICE PLLC and that, on this 21st day of August 2025, I caused to be served via the Court's CM/ECF system true and correct copies of the above **SUBSTITUTION OF ATTORNEYS FOR DEFENDANT CAESARS ENTERTAINMENT OPERATING COMPANY, INC.** to the following:

Paul Hejmanowski, Esq.
Charles McCrea, Esq.
HEJMANOWKSI & MCCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
prh@hmlawlv.com
chm@hmlawlv.com

C. Dana Hobart, Esq.
BUCHALTER, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
dhobart@buchalter.com

*Counsel for Aerodynamics Incorporated and ADI Holdings Company, Inc.*

Frank M. Flansburg III, Esq.
BROWNSTEIN HYATT FARBER SCHRECK
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
fflansburg@bhfs.com

*Counsel for Steven Markhoff and International Management Solutions, LLC*

Ronnie J. Bitman, Esq.
BITMAN O'BRIEN, PLLC
610 Crescent Executive Ct., Suite 112
Lake Mary, FL 32746
rbitman@bitman-law.com

Joel Z. Schwarz, Esq.
SALTZMAN MUGAN DUSHOFF
1835 Village Center Circle
Las Vegas, NV 89134
mdushoff@nvbusinesslaw.com

*Counsel for Via Airlines, Inc., Via Air, LLC, and Amos Vizer*

　　　　　　　　　　　/s/ Téa Rivera
　　　　　　　　An employee of PISANELLI BICE PLLC